**No. 58278.**—Suit 4798.—United States *v.* British American Importation Co., Ltd. 
Abstract 57420. *(Appeal dismissed May 14, 1954.)*

July 15, 1954

**No. 58279.**—Suit 4780.—Jacobus F. Frank *v.* United States.—

 C. D. 1514 affirmed April 9, 1954.
C. A. D. 562. 

Before the First Division, July 22, 1954

**No. 58280.**—Isaac A. Schoen & Sons, Inc., and H. J. Devoy *v.* United States, protest 148635–K (New York).

Opinion by Oliver, C. J. It was stipulated that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

Before the Second Division, July 22, 1954

**No. 58281.**—Hugh Neu Corporation *v.* United States, protest 191761–K (Philadelphia).

Opinion by Lawrence, J. It was stipulated that certain items of the merchandise consist of lead scrap of which metal is the component material of chief value and which is secondhand and fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 58282.**—Indian Sales Corp. *v.* United States, protest 216673–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and parts thereof, in chief value of metal, designed and intended for use only on motorcycles, similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), the claim of the plaintiff was sustained.